UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80589-SCOLA

ROBERT JOSEPH HENDERSON,

    Plaintiff,
vs.

ROBERT DEMARS et al.,

    Defendants.
_____/

## ORDER SETTING CASE FOR TRIAL

THIS MATTER is before the Court following consultation with counsel as to an appropriate trial date. The parties were presented with three options, but were unable to agree on any of them. The parties were previously unable to agree on consent to trial by Magistrate Judge. Upon further reflection and consideration, the Court has decided to set this case for a two-day bench trial before the undersigned, beginning **March 18, 2013 at 9 a.m.** in West Palm Beach. This Court's criminal trial calendar is very busy for the remainder of the year, and the Court finds that it would not serve the interests of justice and judicial economy to let this case linger any longer. Accordingly, the parties are ordered to appear on March 18th to begin trial.

In addition, by **March 14, 2013**, each party must email to the Court (scola@flsd.uscourts.gov), in WORD format, a bench memorandum setting forth: the factual issues to be decided; the legal issues to be decided; the relevant facts to be presented at trial, supported with citations to the record and/or keyed to the parties' exhibit and witness lists; the relevant legal rules and principles; legal analysis and application of legal rules to the facts; and the appropriate resolution of factual and legal issues based on evidence to be presented at trial.

**DONE and ORDERED** in chambers at Miami, Florida on March 1, 2013.

                                              ROBERT N. SCOLA, JR.
                                              UNITED STATES DISTRICT JUDGE

*Copies to:*
Counsel of Record