UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80589-SCOLA

ROBERT JOSEPH HENDERSON,

    Plaintiff,
vs.

ROBERT DEMARS et al.,

    Defendants.
_____/

## FINAL JUDGMENT

FINAL JUDGMENT in this matter, following a bench trial before the undersigned, is hereby entered in favor of the Plaintiff and against the Defendant on the breach of contract claim. Judgment is entered in favor of Defendant and against Plaintiff on the FUDTPA claim. For the Dino, Plaintiff is awarded from the Defendant $41,000, plus prejudgment interest at the appropriate statutory rate from June 6, 2007 through the date of this Judgment. For the Lusso, Plaintiff is awarded from the Defendant $97,000, plus prejudgment interest at the appropriate statutory rate from June 28, 2007 through the date of this Judgment. Thus, Plaintiff is awarded from the Defendant a total of $138,000, plus prejudgment interest as described herein, for which sum let execution issue, plus allowable post-judgment interest at the appropriate statutory rate set forth in 28 U.S.C. § 1961. The Clerk shall **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, on March 20, 2013.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

*Copies to:*
Counsel of record